JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH DAVIDSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>IRIS FARM MARKET D/B/A VIRGIL FARM MARKET; 874 RAHMAN LLC; and DOES 1 to 10,<br><br>　　　　Defendants. | Case No.: 2:25-cv-00958-AGR<br><br>**ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION** |

NOTICE OF VOLUNTARY DISMISSAL

1 | Based on the request from Plaintiff and for good cause shown:

3 | IT IS HEREBY ORDERED that the entire action be dismissed without prejudice with the Court to retain jurisdiction as to settlement up until August 20, 2025.

9 | SO ORDERED.

11 | DATED: July 22, 2025

*Alicia G. Rosenberg*
Alicia G. Rosenberg
United States Magistrate Judge